# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL J. AUCOIN, JR.,
TONIE A. AUCOIN AND AUCOIN
HOMESTEAD, L.L.C.

VERSUS

BAYOU LAFOURCHE FRESH WATER
DISTRICT, LOUISIANA COASTAL
PROTECTION AND RESTORATION
AUTHORITY, CH2M HILL, INC.
AND F. MILLER CONSTRUCTION,
LLC

NO. 2019 CW 1474

JAN 1 6 2020

---

In Re:    Louisiana    Coastal    Protection    and    Restoration
          Authority,   applying   for   supervisory   writs,   23rd
          Judicial   District   Court,   Parish   of   Assumption,   No.
          33837.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **WRC**

   **Theriot, J.,** concurs and would deny on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT